**UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLUMBIA**

| | |
|---|---|
| ANTHONY JAWORSKI,<br><br> Plaintiff,<br><br>v.<br><br>UNITED STATES TREASURY,<br><br> Defendant. | Civil Action No. 13-395 (CKK) |

**MEMORANDUM OPINION**
(January 31, 2014)

On January 7, 2014, the Defendant filed a [29] Motion to Dismiss this case. The same day, this Court issued an Order to the Plaintiff, warning him that if he failed to file a response to the Defendant's Motion to Dismiss by January 25, 2014, the Court would treat the Motion to Dismiss as conceded and dismiss the case. *See* Order (Jan. 7, 2014), ECF No. [30]. As of the date of this Memorandum Opinion, the public docket reflects that the Plaintiff has not filed a response to the Defendant's Motion to Dismiss. Accordingly, it is, this 31st day of January, 2014, hereby

 **ORDERED** that Defendant's Motion to Dismiss is GRANTED.

 **SO ORDERED.**

                /s/
              **COLLEEN KOLLAR-KOTELLY**
              United States District Judge